IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, BAYSWATER DEVELOPMENT, LLC, GH VERO BEACH DEVELOPMENT LLC, BAYSWATER BROKERAGE FLORIDA LLC, BAYSWATER DEVELOPMENT FLORIDA LLC, CHRISTOPHER J. CLEARY, GRAND HARBOR NORTH LAND LLC, GRAND HARBOR MANAGEMENT LLC, VERO BEACH ACQUISITION LLC, ICAHN ENTERPRISES HOLDINGS L.P., CARL RUPPERT, ROBERT THEIS, CYNTHIA JENNINGS, DAVID AND ELIZABETH TOD, BARRY AND ELLEN VAN DER MEULEN, J. ROBERT AND MARGARET MALONE, WAYNE AND MARGARET WALL, GEORGE DAVID, VIRGINIA MARION, TULLY AND MARGARET SHELLEY,<br><br>Defendants. | **Civil Action No.: 0:10-cv-60721-ASG** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO ALL DEFENDANTS

Plaintiff, Admiral Insurance Company, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby files this Notice of Voluntary Dismissal, Without Prejudice, as to all Defendants.

Dated this 21st day of May, 2010.

/s/ Mitchel Chusid
MITCHEL CHUSID
Florida Bar No. 879282
mchusid@ritterchusid.com
Attorneys for Admiral Insurance Company
Heron Bay Corporate Center
5850 Coral Ridge Drive, Suite 201
Coral Springs, Florida 33076
Telephone:   (954) 340-2200
Facsimile:   (954) 340-2210

- and –

COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, NY 10005
(212) 483-0105

*Attorneys for Plaintiff*